# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-00352-01-CR-W-BP |
| ) | |
| RUSSELL S. LAWSON, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72(j)(26), and 28 U.S.C. § 636 and entered a plea of guilty to Count(s) One Superseding Indictment. I determined that the guilty plea as to Count(s) One of the Superseding Indictment is knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript is available. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. As to the plea regarding the lesser included offense as listed in Count(s) Six of the Superseding Indictment, I defer acceptance of the defendant's plea of guilty to that count to District Judge Phillips for determination.

Failure to file written objections to this Report and Recommendation as to the plea of guilty regarding Count(s) One of the Superseding Indictment within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                                **/s/ John T. Maughmer**
                                                                **JOHN MAUGHMER**
                                                                **United States Magistrate Judge**

Dated:     November 20, 2017